UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br>            Defendants. | No. 07-cv-11633<br><br>ECF CASE |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for FIC, L.P. (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

Dated: December 28, 2007

**GRANT & EISENHOFER P.A.**

By: _____
Jay W. Eisenhofer (JE-5593)
Sidney S. Liebesman (SL 8444)
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: 646-722-8500
Fax: 646-722-8501

**GARDY & NOTIS, LLP**
Mark C. Gardy (MG-0338)
James S. Notis (JN-4189)
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337

*Counsel for Plaintiff and Proposed Lead Counsel for the Class*