UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FIC, L.P.,

       Plaintiff(s),

  -against-            CASE NO. 07 CV 11633

BEAR STEARNS ASSET MANAGEMENT INC.,
**ET AL.**,              **AFFIDAVIT OF SERVICE**
       Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK )
        s.s :
COUNTY OF NEW YORK )

  JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
  That on the 8th day of January, 2008, at approximately 11:22 a.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; JUDGE'S RULES and ECF FILING INSTRUCTIONS** upon Bear Stearns Securities Corporation at 320 Park Avenue, New York, New York by personally delivering and leaving the same with Jose E. Jerez, Paralegal, who is authorized by appointment to accept service.
  Jose E. Jerez is an olive-skinned Hispanic male, approximately 28 years of age, is approximately 6 feet and 3 inches tall, weighs approximately 250 pounds, with short black hair.

Sworn to before me this
9th day of January, 2008          _____
                       JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

FIC, L.P.

V.

BEAR STEARNS ASSET MANAGEMENT INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 11633

TO: (Name and address of Defendant)

Bear Stearns Securities Corporation
One Metrotech Center North
Brooklyn, NY 11201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Sidney S. Liebesman
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   DEC 28 2007