UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FIC, L.P., individually, and on behalf        Case No. 07 CIV 11633
of all other similarly situated,              AFFIDAVIT OF SERVICE
                    Plaintiffs,

    -against-

BEAR STEARNS ASSET
MANAGEMENT INC., et al.
                    Defendants.
------------------------------------X
STATE OF NEW JERSEY )
                    s.s.:
COUNTY OF SOMERSET  )

    _James Catone_____, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the __10__ day of January, 2008, at approximately _5:00_ a.m./(p.m.), deponent served a true copy of the Summons in a Civil Action, Class Action Complaint, Individual Practice Rules of Judge Hellerstein, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Ralph R. Cioffi at 200 Oxford Drive, Tenafly, New Jersey by personally delivering and leaving the same with _Andrew Cioffi, Son_____, at that address, the Defendant's actual place of residence. At the time of service deponent asked if Ralph R. Cioffi is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

    _Andrew Cioffi_____ is a _white_ _male_ approximately _20_ years of age, stands approximately _5_ feet, _8_ inches tall, weighs approximately _160_ pounds with _Black_ hair and _____ eyes.

                                Sworn to before me this
                                __11__ day of January, 2008.

_____        _____
PROCESS SERVER                   KAREN LEE SWICKLE
                                 Notary Public, State of New Jersey
                                 Commission Expires January 7, 2012

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

FIC, L.P.

V.

BEAR STEARNS ASSET MANAGEMENT INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11633

TO: (Name and address of Defendant)

Ralph Cioffi

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Sidney S. Liebesman
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           DEC 2 8 2007

CLERK                                                        DATE

(By) DEPUTY CLERK