UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FIC, L.P., individually, and on behalf     Case No. 07 CIV 11633
of all other similarly situated,           AFFIDAVIT OF SERVICE
                    Plaintiffs,

    -against-

BEAR STEARNS ASSET
MANAGEMENT INC., et al.
                    Defendants.
------------------------------------X
STATE OF NEW YORK  )
                   s.s.:
COUNTY OF ROCKLAND )

_Claire Rivera_, being duly sworn deposes and says that he/she is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 10th day of January, 2008, at approximately 8:19 a.m./p.m., deponent served a true copy of the Summons in a Civil Action, Class Action Complaint, Individual Practice Rules of Judge Hellerstein, Consent to Proceed Before a United States Magistrate Judge [Blank Form], Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 upon Raymond McGarrigal at 33 Par Road, Suffern, New York by personally delivering and leaving the same with _Mrs McGarrigal_, at that address, the Defendant's actual place of residence. At the time of service deponent asked if Raymond McGarrigal is in active military service for the United States or for the State in any capacity whatsoever and received a negative/positive reply.

_Mrs McGarrigal_ is a _White_ _female_ approximately _40_ years of age, stands approximately _5'_ feet, _6"_ inches tall, weighs approximately _135_ pounds with _Black_ hair and _____ eyes.

Sworn to before me this
14th day of January, 2008.

_Claire Rivera_                        _[signature]_
PROCESS SERVER                         NOTARY PUBLIC

MARK SANDSTROM
NOTARY PUBLIC, State of New York
No. 4483767, Qualified in Rockland Co.
Term Expires May 26, 2011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

FIC, L.P.

V.

BEAR STEARNS ASSET MANAGEMENT INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11633

TO: (Name and address of Defendant)

Raymond McGarrigal

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Sidney S. Liebesman
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                        DATE   DEC 28 2007
CLERK

(By) DEPUTY CLERK