UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FIC, L.P.,

                                        Plaintiff(s),              CASE NO. 07 CV 11633
          -against-                                               08 CV 00135


BEAR STEARNS ASSET MANAGEMENT, INC.,
**ET AL.,**                                                       **AFFIDAVIT OF SERVICE**
                                        Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK          )
                                    s.s :
COUNTY OF NEW YORK     )


          JOSEPH SANCHEZ, being duly sworn, deposes and says that he is an employee
of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen
years and is not a party to the action.
          That on the 14th day of January, 2008, at approximately 6:00 p.m., deponent
served a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION
COMPLAINT; JUDGE'S RULES and ECF FILING INSTRUCTIONS** upon
Matthew M. Tannin at 675 West End Avenue, #4-B, New York, New York by personally
delivering and leaving the same with Matthew M. Tannin, at that address.  At the time of
service deponent asked whether the defendant is in active military service for the United
States or for the State in any capacity whatsoever or dependent upon such person and
received a negative reply.
          Matthew M. Tannin is a white male, approximately 55 years of age, is
approximately 6 feet, weighs approximately 170 pounds, is balding with short light
brown hair and light eyes and was wearing glasses.


Sworn to before me this
15th day of January, 2008                          _____
                                                           JOSEPH SANCHEZ #1155200



MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

%AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

FIC, L.P.

V.

BEAR STEARNS ASSET MANAGEMENT INC.,
ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 11633**

TO: (Name and address of Defendant)

Matthew Tannin

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jay W. Eisenhofer
Sidney S. Liebesman
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL MCMAHON

CLERK

(By) DEPUTY CLERK

DEC 2 8 2007

DATE