# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

FIC, L.P.

v.

BEAR STEARNS ASSET MANAGEMENT, INC., ET AL.

**APPEARANCE**

Case Number: 07-CV-11633-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Matthew Tannin

I certify that I am admitted to practice in this court.

| 1/25/2008 | | *[signature]* | |
|---|---|---|---|
| Date | | Signature | |
| | | Nina M. Beattie | (NB-0399) |
| | | Print Name | Bar Number |
| | | BRUNE & RICHARD LLP - 80 Broad Street | |
| | | Address | |
| | | New York    NY    10004 | |
| | | City    State    Zip Code | |
| | | (212) 668-1900     (212) 668-0315 | |
| | | Phone Number     Fax Number | |

Email: nbeattie@bruneandrichard.com