AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

FIC, L.P.

v.

BEAR STEARNS ASSET MANAGEMENT, INC., ET AL.

**APPEARANCE**

Case Number: 07-CV-11633-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Matthew Tannin

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/24/2008 | *signature* |
| Date | Signature |
| | Theresa Trzaskoma (TT-4175) |
| | Print Name / Bar Number |
| | BRUNE & RICHARD LLP - 80 Broad Street |
| | Address |
| | New York / NY / 10004 |
| | City / State / Zip Code |
| | (212) 668-1900 / (212) 668-0315 |
| | Phone Number / Fax Number |
| | Email: ttrzaskoma@bruneandrichard.com |