UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
FIC, L.P., individually, and on behalf of all           :
others similarly situated,
                                                         :
                        Plaintiff,
                                                         :
        - against -
                                                         :   No. 07 Civ. 11633 (AKH)
BEAR STEARNS ASSET MANAGEMENT
INC., RALPH CIOFFI, RAYMOND                             :
McGARRIGAL, MATTHEW TANNIN,
BEAR, STEARNS SECURITIES CORP.,                         :
THE BEAR STEARNS COMPANIES INC.
and BEAR, STEARNS & CO. INC.,                           :

                        Defendants.                      :
-------------------------------------------------------- x

Stipulation and [Proposed] Order

MICROFiLMED
JAN 31 2008

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, through their undersigned counsel, as follows:

1. The time within which defendants may answer, move with respect to, or otherwise respond to the complaint in this action shall be extended to and including April 4, 2008.

2. In the event that one or more of the Defendants determines to file a motion in lieu answering the complaint, plaintiff shall file and serve any papers in opposition to each such motion on or before June 2, 2008, and any reply papers in further support of any such motion shall be filed and served on or before July 2, 2008.

Dated: New York, New York
January 29, 2008

Grant & Eisenhofer P.A.

By: _____
Sidney S. Liebesman (SL-8444)
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500

Attorneys for Plaintiff


Hughes Hubbard & Reed LLP

By: _____
Edward J.M. Little (EL-2321)
Marc. Weinstein (MW-3715)
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Defendant Ralph Cioffi

Kramer Levin Naftalis & Frankel LLP

By: _____
Stephen M. Sinaiko (SS-2147)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc.


Driscoll & Redlich

By: _____
Catherine L. Redlich (CL-6946)
Cori Browne (CB-9408)
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

Attorneys for Defendant Raymond McGarrigal

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, through their undersigned counsel, as follows:

1. The time within which defendants may answer, move with respect to, or otherwise respond to the complaint in this action shall be extended to and including April 4, 2008.

2. In the event that one or more of the Defendants determines to file a motion in lieu answering the complaint, plaintiff shall file and serve any papers in opposition to each such motion on or before June 2, 2008, and any reply papers in further support of any such motion shall be filed and served on or before July 2, 2008.

Dated: New York, New York
       January 28, 2008

| Grant & Eisenhofer P.A. | Kramer Levin Naftalis & Frankel LLP |
|---|---|
| By: _____<br>Sidney S. Liebesman (SL-8444)<br>485 Lexington Avenue, 29th Floor<br>New York, New York  10017<br>(646) 722-8500 | By: _____<br>Stephen M. Sinaiko (SS-2147)<br>1177 Avenue of the Americas<br>New York, New York  10036<br>(212) 715-9100 |
| Attorneys for Plaintiff | Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. |
| Hughes Hubbard & Reed LLP | Driscoll & Redlich |
| By: _____<br>Edward J.M. Little (EL-7321)<br>Marc. Weinstein (MW-3715)<br>One Battery Park Plaza<br>New York, New York  10004<br>(212) 837-6000 | By: _____<br>Catherine L. Redlich (CL-___)<br>Cori Browne (CB-___)<br>521 Fifth Avenue, Suite 3300<br>New York, New York  10175<br>(212) 986-4030 |
| Attorneys for Defendant Ralph Cioffi | Attorneys for Defendant Raymond McGarrigal |

IT IS HEREBY STIPULATED AND AGREED by the parties to this action, through their undersigned counsel, as follows:

1. The time within which defendants may answer, move with respect to, or otherwise respond to the complaint in this action shall be extended to and including April 4, 2008.

2. In the event that one or more of the Defendants determines to file a motion in lieu answering the complaint, plaintiff shall file and serve any papers in opposition to each such motion on or before June 2, 2008, and any reply papers in further support of any such motion shall be filed and served on or before July 2, 2008.

Dated: New York, New York
January 28, 2008

| Grant & Eisenhofer P.A. | Kramer Levin Naftalis & Frankel LLP |
|---|---|
| By: _____<br>Sidney S. Liebesman (SL-8444)<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>(646) 722-8500<br><br>Attorneys for Plaintiff | By: _____<br>Stephen M. Sinaiko (SS-2147)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br><br>Attorneys for Defendants Bear Stearns Asset Management Inc., Bear, Stearns Securities Corp., The Bear Stearns Companies Inc., and Bear, Stearns & Co. Inc. |
| Hughes Hubbard & Reed LLP | Driscoll & Redlich |
| By: _____<br>Edward J.M. Little (EL-___)<br>Marc. Weinstein (MW-___)<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 837-6000<br><br>Attorneys for Defendant Ralph Cioffi | By: *Catherine L Redlich*<br>Catherine L. Redlich (CL-____)<br>Cori Browne (CB-____)<br>521 Fifth Avenue, Suite 3300<br>New York, New York 10175<br>(212) 986-4030<br><br>Attorneys for Defendant Raymond McGarrigal |

Brune & Richard LLP

By: _____
    Nina Beattie (NB-0399)
    Theresa Trzaskoma (TT-4175)
80 Broad Street
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Matthew Tannin


SO ORDERED this 30 day
of January, 2008.

_____
    U.S.D.J.

- 3 -