UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>               Defendants. | No. 07-cv-11633-UA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT James S. Notis of the law firm of Gardy & Notis, LLP hereby enters his appearance as counsel for plaintiff FIC, L.P. in the above-captioned action.

Dated: February 19, 2008

                                                       **GARDY & NOTIS, LLP**

                                                       By:   s/ James S. Notis
                                                           James S. Notis (JN 4189)
                                                   440 Sylvan Avenue, Suite 110
                                                   Englewood Cliffs, New Jersey 07632
                                                   Tel: 201-567-7377
                                                   Fax: 201-567-7337

                                                   *Counsel for plaintiff FIC, L.P.*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system as follows:

| | |
|---|---|
| Sidney Stephen Liebesman<br>Email: sliebesman@gelaw.com<br>**GRANT & EISENHOFER, P.A.**<br><br>*Counsel for plaintiff FIC, L.P.* | Nina Minard Beattie<br>Email: nbeattie@bruneandrichard.com<br>Theresa Marie Trzaskoma<br>Email: ttrzaskoma@bruneandrichard.com<br>**BRUNE & RICHARD LLP**<br><br>*Counsel for defendant Matthew Tannin* |

In addition, on February 19, 2008, a true and correct copy of the foregoing was served by First Class U.S. Mail to non-ECF-listed counsel as follows:

| | |
|---|---|
| Jay W. Eisenhofer<br>**GRANT & EISENHOFER, P.A.**<br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br><br>*Counsel for plaintiff FIC, L.P.* | Stephen M. Sinaiko<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>*Counsel for defendants Bear Stearns Asset Management Inc., Bear Stearns Securities Corporation, The Bear Stearns Companies Inc., and Bear Stearns & Co. Inc.* |
| Edward J.M. Little<br>Marc. Weinstein<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, New York 10004<br><br>*Counsel for defendant Ralph Cioffi* | Catherine L. Redlich<br>Cori Browne<br>**DRISCOLL & REDLICH**<br>521 Fifth Avenue, Suite 3300<br>New York, New York 10175<br><br>*Counsel for defendant Raymond McGarrigal* |

2

 

        s/ James S. Notis
        James S. Notis (JN 4189)
        GARDY & NOTIS, LLP
        440 Sylvan Avenue, Suite 110
        Englewood Cliffs, New Jersey 07632
        Tel: 201-567-7377
        Fax: 201-567-7337

        *Counsel for plaintiff FIC, L.P.*