UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>              Defendants. | No. 07-cv-11633-UA<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE THAT Mark C. Gardy of the law firm of Gardy & Notis, LLP hereby enters his appearance as counsel for plaintiff FIC, L.P. in the above-captioned action.

Dated: February 19, 2008

                                        **GARDY & NOTIS, LLP**

                                        By:   s/ Mark C. Gardy
                                               Mark C. Gardy (MG 0338)
                                        440 Sylvan Avenue, Suite 110
                                        Englewood Cliffs, New Jersey 07632
                                        Tel: 201-567-7377
                                        Fax: 201-567-7337

                                        *Counsel for plaintiff FIC, L.P.*

## CERTIFICATE OF SERVICE

Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system as follows:

Sidney Stephen Liebesman
Email: sliebesman@gelaw.com
**GRANT & EISENHOFER, P.A.**

*Counsel for plaintiff FIC, L.P.*

Nina Minard Beattie
Email: nbeattie@bruneandrichard.com
Theresa Marie Trzaskoma
Email: ttrzaskoma@bruneandrichard.com
**BRUNE & RICHARD LLP**

*Counsel for defendant Matthew Tannin*

In addition, on February 19, 2008, a true and correct copy of the foregoing was served by First Class U.S. Mail to non-ECF-listed counsel as follows:

Jay W. Eisenhofer
**GRANT & EISENHOFER, P.A.**
485 Lexington Avenue, 29th Floor
New York, New York 10017

*Counsel for plaintiff FIC, L.P.*

Edward J.M. Little
Marc. Weinstein
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004

*Counsel for defendant Ralph Cioffi*

Stephen M. Sinaiko
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036

*Counsel for defendants Bear Stearns Asset Management Inc., Bear Stearns Securities Corporation, The Bear Stearns Companies Inc., and Bear Stearns & Co. Inc.*

Catherine L. Redlich
Cori Browne
**DRISCOLL & REDLICH**
521 Fifth Avenue, Suite 3300
New York, New York 10175

*Counsel for defendant Raymond McGarrigal*

2

        s/ Mark C. Gardy
        Mark C. Gardy (MG 0338)
        GARDY & NOTIS, LLP
        440 Sylvan Avenue, Suite 110
        Englewood Cliffs, New Jersey 07632
        Tel: 201-567-7377
        Fax: 201-567-7337

*Counsel for plaintiff FIC, L.P.*

2