UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
FIC, L.P., individually, and on behalf of all others  :
similarly situated,

                               Plaintiff,

      - against -

                                                  :   No. 07 Civ. 11633 (AKH) (DFE)

BEAR STEARNS ASSET MANAGEMENT
INC., RALPH CIOFFI, RAYMOND              :   Notice of Appearance
McGARRIGAL, MATTHEW TANNIN, BEAR,
STEARNS SECURITIES CORP., THE BEAR
STEARNS COMPANIES INC. and BEAR,
STEARNS & CO. INC.,

                             Defendants.
---------------------------------------------------------------- x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp. and Bear Stearns Asset Management Inc. (the "Bear Stearns Defendants").

      The undersigned is admitted to practice before this Court.

Dated: New York, New York
       February 25, 2008

                                     Respectfully submitted,

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP


                                     By:       /s/ Barry H. Berke
                                           Barry H. Berke
                                   1177 Avenue of the Americas
                                   New York, New York  10036
                                   (212) 715-9100
                                   E-Mail: bberke@kramerlevin.com

                                   Attorneys for the Bear Stearns Defendants

KL3 2642584.1

<u>Certificate of Service</u>

I, Seema Saifee, do hereby certify that, on February 25, 2008, I served the foregoing Notice of Appearance on defendants Ralph Cioffi and Raymond McGarrigal, by placing true copies of that document into envelopes addressed to the counsel identified on the attached service list, and depositing those envelopes, first-class postage prepaid, into an official depository under the exclusive care and custody of the United States Postal Service.

Dated: New York, New York
      February 25, 2008

Service List

Edward J.M. Little, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York   10004-1482


Catherine L. Redlich, Esq.
Driscoll & Redlich
521 Fifth Avenue, Suite 3300
New York, New York   10175