UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————— x
FIC, L.P., individually, and on behalf of all others : 
similarly situated,

                      Plaintiff,

    - against -

BEAR STEARNS ASSET MANAGEMENT    :   No. 07 Civ. 11633 (AKH) (DFE)
INC., RALPH CIOFFI, RAYMOND
McGARRIGAL, MATTHEW TANNIN, BEAR,    :   Notice of Appearance
STEARNS SECURITIES CORP., THE BEAR
STEARNS COMPANIES INC. and BEAR,
STEARNS & CO. INC.,

                    Defendants.
————————————————————— x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for defendants The Bear Stearns Companies Inc., Bear, Stearns & Co. Inc., Bear, Stearns Securities Corp. and Bear Stearns Asset Management Inc. (the "Bear Stearns Defendants").

    The undersigned is admitted to practice before this Court.

Dated: New York, New York
       February 25, 2008

                                 Respectfully submitted,

                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP


                                 By:      /s/ Stephen M. Sinaiko
                                       Stephen M. Sinaiko
                                 1177 Avenue of the Americas
                                 New York, New York  10036
                                 (212) 715-9100
                                 E-Mail: ssinaiko@kramerlevin.com

                                 Attorneys for the Bear Stearns Defendants

KL3 2642583.1

## Certificate of Service

I, Seema Saifee, do hereby certify that, on February 25, 2008, I served the foregoing Notice of Appearance on defendants Ralph Cioffi and Raymond McGarrigal, by placing true copies of that document into envelopes addressed to the counsel identified on the attached service list, and depositing those envelopes, first-class postage prepaid, into an official depository under the exclusive care and custody of the United States Postal Service.

Dated: New York, New York
      February 25, 2008

_____

Service List

Edward J.M. Little, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482


Catherine L. Redlich, Esq.
Driscoll & Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175