UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  -against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>          Defendants. | Index No.: 07 Civ. 11633 (AKH)<br><br>**NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Edward J. M. Little, Marc A. Weinstein and Jason A. Masimore hereby appear on behalf of defendant Ralph Cioffi as counsel. The undersigned hereby certify that they are admitted to practice in this Court.

Dated: New York, New York
     March 20, 2008

              HUGHES HUBBARD & REED LLP

              By:  /s/ Edward J. M. Little
                  Edward J. M. Little
                  One Battery Park Plaza
                  New York, New York 10004
                  Tel: (212) 837-6400
                  Fax: (212) 299-6400
                  little@hugheshubbard.com

              By:  /s/ Marc A. Weinstein
                  Marc A. Weinstein
                  One Battery Park Plaza
                  New York, New York 10004
                  Tel: (212) 837-6460
                  Fax: (212) 299-6460
                  weinstei@hugheshubbard.com

                    By:    /s/ Jason A. Masimore
                           Jason A. Masimore
                           One Battery Park Plaza
                           New York, New York  10004
                           Tel: (212) 837-6804
                           Fax: (212) 299-6804
                           masimore@hugheshubbard.com

                           *Attorneys for Defendant Ralph Cioffi*

By ECF to:

Mark Casser Gardy
James Stuart Notis
Gardy & Notis, LLP
440 Sylvan Avenue
Suite 110
Englewood Cliffs, NJ 07632
(201) 567-7377
Fax: (201) 567-7337
Email: mgardy@gardylaw.com
Email: jnotis@gardylaw.com

Jay W. Eisenhofer
Sidney Stephen Liebesman
Grant & Eisenhofer, PA
485 Lexington Avenue
29th Floor
New York, NY 10017
(646) 722-8500
Fax: (646) 722-8501
Email: sliebesman@gelaw.com

*Attorneys for FIC, L.P.*


Nina Minard Beattie
Theresa Marie Trzaskoma
Brune & Richard LLP
80 Broad Street, 30th Floor
New York, NY 10004
212-668-1900
212-668-0315 (fax)
ttrzaskoma@bruneandrichard.com
nbeattie@bruneandrichard.com
*Attorneys for Defendant Matthew Tannin*

Barry H Berke
Stephen Matthew Sinaiko
Kerriann Law
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
212-715-9100
Email: bberke@kramerlevin.com
Email: ssinaiko@kramerlevin.com
Email: klaw@kramerlevin.com

*Attorneys for Bear Stearns Defendants*

## CERTIFICATE OF SERVICE

      I, Jason A. Masimore, do hereby certify that, on March 20, 2008, I caused to be served a copy of the foregoing Notice of Appearance on defendant Raymond McGarrigal by U.S. Mail to his counsel at the following address:

      Catherine L. Redlich, Esq.
      Driscoll & Redlich
      521 Fifth Avenue, Suite 3300
      New York, New York 10175

Dated: New York, New York
March 20, 2008

                /s/ Jason A. Masimore_____