UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

FIC, L.P., individually, and on behalf of all
others similarly situated,                                    No. 07 Civ. 11633 (AKH)(DFE)


            Plaintiff,                          Notice of Appearance


    -against-

BEAR STEARNS ASSET MANAGEMENT
INC., RALPH CIOFFI, RAYMOND
McGARRIGAL, MATTHEW TANNIN,
BEAR, STEARNS SECURITIES CORP.,
THE BEAR STEARNS COMPANIES INC.
and BEAR, STEARNS & CO., INC.,

            Defendants.
-----------------------------------------------------------

TO THE CLERK OF THE COURT AND
ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel

for defendant RAYMOND McGARRIGAL.

      The undersigned is admitted to practice before this Court.

DATED:  New York, New York
        March 26, 2008


                       Respectfully submitted,

                       DRISCOLL & REDLICH


                       By: /s/ Cori Browne
                         Cori Browne
                       521 Fifth Avenue, Suite 3300
                       New York, New York 10175
                       (212) 986-4030
                       E-Mail: cbrowne@driscollredlich.com

                       *Attorneys for Defendant Raymond McGarrigal*