**CERTIFICATE OF SERVICE**

      I, Cori Browne, do hereby certify that on March 26, 2008, I caused to be served a copy of defendant Raymond McGarrigal's Notice of Appearance on the following individual by U.S. Mail at the following address:

Jay W. Eisenhofer<br>
Grant & Eisenhofer, PA<br>
485 Lexington Avenue, 29th Floor<br>
New York, New York 10017

Dated:  New York, New York
        March 26, 2008

                                            Driscoll & Redlich

                                            /s/ Cori Browne

                                            521 Fifth Avenue, Suite 3300
                                            New York, NY 10175
                                            *Attorneys for Defendant*
                                             *Raymond McGarrigal*