UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
FIC, L.P.,

        Plaintiff(s),      CASE NO. 07-cv-11633

 -against-

BEAR STEARNS ASSET MANAGEMENT, INC.,
ET AL.,

        Defendant(s),

 -and-

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES ENHANCED LEVERAGE
FUND, L.P.,

      Nominal Defendant(s).    **AFFIDAVIT OF SERVICE**
--------------------------------------------------------X

STATE OF NEW YORK )
         : S.S.
COUNTY OF NEW YORK )

  BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

  That on the 23rd day of June, 2008, at approximately 3:10 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION and AMENDED CLASS ACTION AND VERIFIED DERIVATIVE COMPLAINT** upon BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P. c/o Bear Stearns & Co., Inc. at 320 Park Avenue, New York, New York by personally delivering and leaving the same with David Petercsak, Vice-President, who is authorized by law to accept service.

  David Petercsak is a white male, approximately 42 years of age, is approximately 5 feet and 8 inches tall, weighs approximately 160 pounds, with short brown hair and dark eyes.

Sworn to before me this
24th day of June, 2008

_____
BOBBY ALI #871612

_____
JOHN J. WALKER
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-WA-4851557
Qualified in Queens County
Certificate Filed in New York County
Commission expires February 17, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

FIC, L.P.

V.

BEAR STEARNS ASSET MANAGEMENT, INC.
       ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-cv-11633

TO: (Name and address of Defendant)

Bear Stearns High-Grade Structured Credit
 Strategies Enhanced Leverage Fund, L.P.
c/o Bear Stearns & Co., Inc.
383 Madison Avenue
New York, NY 10179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James J. Sabella
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 16 2008

CLERK

(By) DEPUTY CLERK                          DATE