# CRAVATH, SWAINE & MOORE LLP

**WORLDWIDE PLAZA**
**825 EIGHTH AVENUE**
**NEW YORK, NY 10019-7475**

TELEPHONE: (212) 474-1000
FACSIMILE: (212) 474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: 44-20-7453-1000
FACSIMILE: 44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

(212) 474-1890

ROBERT D. JOFFE
ALLEN FINKELSON
RONALD S. ROLFE
PAUL C. SAUNDERS
DOUGLAS D. BROADWATER
ALAN C. STEPHENSON
MAX R. SHULMAN
STUART W. GOLD
JOHN E. BEERBOWER
EVAN R. CHESLER
MICHAEL L. SCHLER
RICHARD LEVIN
KRIS F. HEINZELMAN
B. ROBBINS KIESSLING
ROGER D. TURNER
PHILIP A. GELSTON
RORY O. MILLSON
FRANCIS P. BARRON
RICHARD W. CLARY
WILLIAM P. ROGERS, JR.
JAMES D. COOPER
STEPHEN L. GORDON
DANIEL L. MOSLEY
GREGORY M. SHAW
PETER S. WILSON

JAMES C. VARDELL, III
ROBERT H. BARON
KEVIN J. GREHAN
STEPHEN S. MADSEN
C. ALLEN PARKER
MARC S. ROSENBERG
SUSAN WEBSTER
TIMOTHY G. MASSAD
DAVID MERCADO
ROWAN D. WILSON
PETER T. BARBUR
SANDRA C. GOLDSTEIN
PAUL MICHALSKI
THOMAS G. RAFFERTY
MICHAEL S. GOLDMAN
RICHARD HALL
ELIZABETH L. GRAYER
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DANIEL SLIFKIN
JEFFREY A. SMITH
ROBERT I. TOWNSEND, III

WILLIAM J. WHELAN, III
SCOTT A. BARSHAY
PHILIP J. BOECKMAN
ROGER G. BROOKS
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
JULIE SPELLMAN SWEET
RONALD CAMI
MARK I. GREENE
SARKIS JEBEJIAN
JAMES C. WOOLERY
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS
ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
LIZABETHANN R. EISEN

DAVID S. FINKELSTEIN
DAVID GREENWALD
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
JOEL F. HEROLD
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
TEENA-ANN V. SANKOORIKAL
ANDREW R. THOMPSON
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L. SCHIELE

SPECIAL COUNSEL
SAMUEL C. BUTLER
GEORGE J. GILLESPIE, III

OF COUNSEL
CHRISTINE BESHAR

August 20, 2008



FIC, L.P. v. Bear Stearns Asset Management Inc.,
No. 07 Civ. 11633 (AKH) ("FIC")

Navigator Capital Partners, L.P. v. Bear Stearns Asset
Management Inc., No. 07 Civ. 7783 (AKH) ("Navigator")

Varga v. The Bear Stearns Companies, Inc.,
No. 08 Civ. 3397 (AKH) ("Varga")

Dear Judge Hellerstein:

We represent Deloitte & Touche LLP ("Deloitte") in the Varga case.
Deloitte is not a defendant in FIC or Navigator. I write to ask that the Court reschedule
the conference currently set for Tuesday, September 2, 2008, at 3:00 p.m., to either the
afternoon of Monday, September 8 or anytime on Friday, September 12. The reason for
this request is that I am obligated to attend long-scheduled depositions in another case in
Florida on September 2, 3 and 4. All parties consent to rescheduling the conference. We
are informed that counsel for all parties can attend the conference at the proposed times.

We understand from the defendants in FIC that the Court has already
directed that the motions to dismiss in that case (which had been due tomorrow for the
Bear Stearns Entities and next week for the Individual Defendants) be made due after the
conference, on a date to be determined at the conference. Similarly, I also request, with
consent of the other Varga defendants, that the Varga motions to dismiss currently due on
Tuesday, September 9, be made due after the conference, on a date to be determined at
the conference. This will enable the Court and parties to discuss, at the conference,
coordination and scheduling issues that might affect all motions to dismiss. The Varga

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

FROM CRAVATH SWAINE & MOORE LLP    Case 1:07-cv-11633-AKH    Document 25    Filed 08/25/2008    Page 2 of 3    (WED) 8. 20'08 15:45/ST. 15:42/No. 4801115967 P 5

2

plaintiffs have informed us that they oppose rescheduling the motions to dismiss in their case.

Respectfully,

Max R. Shulman

The Honorable Alvin K. Hellerstein
    United States District Court
    for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
            500 Pearl Street, Room 1050
                New York, NY 10007

BY FACSIMILE

Copies to:

Robert A. Nicholas, Esq.
    Reed Smith, LLP
        599 Lexington Avenue
            New York, NY 10022

Attorneys for Plaintiffs Geoffrey Varga, William Cleghorn, Stillwater Capital
Partners L.P., and Essex Fund Limited

Stephen D. Oestreich, Esq.
    Entwistle & Cappucci
        280 Park Avenue
            26th Floor West
                New York, NY 10017

Attorneys for Plaintiff Navigator Capital Partners L.P.

James S. Notis, Esq.
    Gardy & Notis, LLP
        440 Sylvan Avenue, Suite 110
            Englewood Cliffs, NJ 07632

Attorneys for Plaintiff FIC L.P.

FROM CRAVATH SWAINE & MOORE LLP-AKH    Document 25   Filed 08/25/2008   Page 3 of 3 (WED) 8.20'08 15:45/ST.15:42/NO.4861115967 P 6

3

Barry H. Berke, Esq.
    Kramer Levin Naftalis & Frankel LLP
      1177 Avenue of the Americas
      New York, NY 10036

Attorneys for Defendants The Bear Stearns Companies, Inc., Bear Stearns Asset
Management, Inc., Bear Stearns & Co. Inc., George Buxton, Barry Cohen, Gerald
Cummins, Michael Guarasci, Greg Quental and David Sandelovsky

Marc A. Weinstein, Esq.
    Hughes Hubbard & Reed LLP
      One Battery Park Plaza
      New York, NY 10004

Attorneys for Defendant Ralph Cioffi

Catherine L. Redlich, Esq.
    Driscoll & Redlich
      521 Fifth Avenue, Suite 3300
      New York, NY 10175

Attorneys for Defendant Raymond McGarrigal

Nina M. Beattie, Esq.
    Brune & Richard LLP
      80 Broad Street
      New York, NY 10004

Attorneys for Defendant Matthew Tannin

Richard Martin, Esq.
    Orrick, Herrington & Sutcliffe LLP
      666 Fifth Avenue
      New York, NY 10103

Attorneys for Defendant Deloitte & Touche Cayman

Michael A. Collora, Esq.
    Dwyer & Collora LLP
      600 Atlantic Avenue, 12th Floor
      Boston, MA 02210-2211

Attorneys for Defendants Walkers Fund Services Ltd., Scott Lennon
and Michele Wilson-Clarke

BY FACSIMILE AND EMAIL