

**Grant & Eisenhofer P.A.**

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501
www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-783-6091 • Fax: 202-350-5908

James J. Sabella
Director
Tel: 646-722-8520
jsabella@gelaw.com

February 25, 2009

*Via Hand-Delivery*

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

    Re:    In re FIC, L.P. v. Bear Stearns Asset Management, et al.,
            No. 07 Civ. 11633 (AKH)

Dear Judge Hellerstein:

On behalf of plaintiff FIC, L.P., this responds to Your Honor's request at yesterday's hearing for us to choose whether we will pursue the derivative claims or the direct claims in this action. Plaintiff hereby makes the same choice as the plaintiff in the *Navigator* action, 07 Civ. 7783, and will pursue the derivative claims and drop the direct claims.

Respectfully,

James J. Sabella

cc(via E-Mail): All Counsel

Handwritten annotation: The direct claims in both FIC (07 Cir 11633) and Navigator (07 Cir 7783) are stricken. 2-26-09 /s/ AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/09