```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
FIC, L.P., individually, and on behalf of all others
similarly situated,

                Plaintiff,

                - against -

BEAR STEARNS ASSET MANAGEMENT INC., *et
al.*,

                Defendants,

                - and -

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES ENHANCED LEVERAGE,
L.P.,

                Nominal Defendant.
------------------------------------------------------------x

No. 07 Civ. ~~11663~~ 11633 (AKH)

Stipulation

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel, that defendants' time to respond to the complaint in this action is hereby extended to May 11, 2009.

Dated: New York, New York
       March 10, 2009

Gardy & Notis, LLP

By: _____
    James S. Notis
    440 Sylvan Avenue, Suite 110
    Englewood Cliffs, New Jersey 07632
    (201) 567-7377

*Attorneys for Plaintiff FIC, L.P.*

Grant & Eisenhofer P.A.

By: _____
    James J. Sabella
    485 Lexington Avenue, 29th Floor
    New York, New York 10017
    (646) 722-8500

*Attorneys for Plaintiff FIC, L.P.*

KL3 2706185.1

Kramer Levin Naftalis & Frankel LLP

By: /s/ Marjorie Sheldon
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), Bear Stearns Asset Management Inc., JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), JPMorgan Clearing Corp. (f/k/a Bear, Stearns Securities Corp.), Bear, Stearns & Co. Inc., Barry Cohen, Gerald Cummins, David Sandelovsky, and Gregory Quental*

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Brune & Richard LLP

By: _____
Nina Beattie
Theresa T. Trzaskoma
MaryAnn Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

Driscoll & Redlich

By: /s/ Catherine L. Redlich
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

ENTER:

_____
Hon. Alvin K. Hellerstein

Kramer Levin Naftalis & Frankel LLP

By: /s/ *signature*
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), Bear Stearns Asset Management Inc., JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), JPMorgan Clearing Corp. (f/k/a Bear, Stearns Securities Corp.), Bear, Stearns & Co. Inc., Barry Cohen, Gerald Cummins, David Sandelovsky, and Gregory Quental*

Hughes Hubbard & Reed LLP

By: /s/ *signature*
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Brune & Richard LLP

By:_____
Nina Beattie
Theresa T. Trzaskoma
MaryAnn Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

Driscoll & Redlich

By:_____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

ENTER:

_____
Hon. Alvin K. Hellerstein

-2-

Kramer Levin Naftalis & Frankel LLP

By: /s/ Marjorie Sheldon
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), Bear Stearns Asset Management Inc., JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), JPMorgan Clearing Corp. (f/k/a Bear, Stearns Securities Corp.), Bear, Stearns & Co. Inc., Barry Cohen, Gerald Cummins, David Sandelovsky, and Gregory Quental*

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Brune & Richard LLP

By: /s/
Nina Beattie
Theresa T. Trzaskoma
MaryAnn Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

Driscoll & Redlich

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

ENTER:

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein

5/10/09

-2-

KL3 2706185.1