UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS SECURITIES CORPORATION, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>    Defendants. | No. 07-cv-11633-AKH<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Kelly A. Noto of the law firm of Gardy & Notis, LLP hereby enters her appearance as counsel for plaintiff FIC, L.P. in the above-captioned action.

Dated: March 19, 2009

                **GARDY & NOTIS, LLP**

                By: s/ Kelly A. Noto
                   Kelly A. Noto
                440 Sylvan Avenue, Suite 110
                Englewood Cliffs, New Jersey 07632
                Tel: 201-567-7377
                Fax: 201-567-7337

                *Counsel for plaintiff FIC, L.P.*

**CERTIFICATE OF SERVICE**

Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system as follows:

| | |
|---|---|
| Mark C. Gardy | Edward J.M. Little |
| mgardy@gardylaw.com | little@hugheshubbard.com |
| James S. Notis | Lisa Ann Cahill |
| jnotis@gardylaw.com | cahill@hugheshubbard.com |
| **GARDY & NOTIS, LLP** | **HUGHES HUBBARD & REED LLP** |
| | |
| James J. Sabella | *Counsel for defendant Ralph Cioffi* |
| jsabella@gelaw.com | |
| **GRANT & EISENHOFER, P.A.** | |
| | Nina M. Beattie |
| *Counsel for plaintiff FIC, L.P.* | nbeattie@bruneandrichard.com |
| | Theresa M. Trzaskoma |
| | ttrzaskoma@bruneandrichard.com |
| Stephen M. Sinaiko | **BRUNE & RICHARD LLP** |
| ssinaiko@kramerlevin.com | |
| Barry H Berke | *Counsel for defendant Matthew Tannin* |
| bberke@kramerlevin.com | |
| Kerri Ann Law | |
| klaw@kramerlevin.com | Catherine L. Redlich |
| **KRAMER LEVIN NAFTALIS &** | credlich@driscollredlich.com |
| **FRANKEL LLP** | **DRISCOLL & REDLICH** |
| | |
| *Counsel for defendants Bear Stearns Asset Management Inc., Bear Stearns Securities Corporation, The Bear Stearns Companies Inc., and Bear Stearns & Co. Inc.* | *Counsel for defendant Raymond McGarrigal* |

                                                s/ Kelly A. Noto
Kelly A. Noto
**GARDY & NOTIS, LLP**
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
Tel: 201-567-7377
Fax: 201-567-7337

*Counsel for plaintiff FIC, L.P.*