UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09
```

FIC, L.P., individually, and on behalf of all others similarly situated,

                        Plaintiff,

-against-

BEAR STEARNS ASSET MANAGEMENT INC., et al.,

                        Defendants,

-and-

BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE, L.P.,

                        Nominal Defendant.

No. 07 Civ. 11633 (AKH)

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING ANSWER DEADLINE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that defendants' time to respond to the amended complaint in this action is hereby extended from May 11, 2009 to May 22, 2009. This is the second extension of the deadline.

Dated: New York, New York
       May 7, 2009

Gardy & Notis, LLP

By: _____
James S. Notis
440 Sylvan Avenue, Suite 110
Englewood Cliffs, New Jersey 07632
(201) 567-7377

*Attorneys for Plaintiff FIC, L.P.*

Grant & Eisenhofer P.A.

By: _____
James J. Sabella
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500

*Attorneys for Plaintiff FIC, L.P.*

Stipulation (2).DOC

Kramer Levin Naftalis & Frankel LLP

By: _____
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.)*

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
Lisa K. Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Brune & Richard LLP

By: _____
Nina Beattie
Theresa T. Trzaskoma
Mary Ann Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

Driscoll & Redlich

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

SO ORDERED:

_____
Hon. Alvin K. Hellerstein

2

Stipulation (3) DOC

Kramer Levin Naftalis & Frankel LLP

By:_____
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.)*

Brune & Richard LLP

By:/s/_____
Nina Beattie
Theresa Trzaskoma
Mary Ann Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

Hughes Hubbard & Reed LLP

By:_____
Marc A. Weinstein
Lisa A. Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Driscoll & Redlich

By:_____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

SO ORDERED:

_____
Hon. Alvin K. Hellerstein

2

Kramer Levin Naftalis & Frankel LLP

By:_____
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.)*

Hughes Hubbard & Reed LLP

By:_____
Marc A. Weinstein
Lisa A. Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Brune & Richard LLP

By:_____
Nina Beattie
Theresa T. Trzaskoma
Mary Ann Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

Driscoll & Redlich

By: /s/ Catherine L. Redlich
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

SO ORDERED: 5/11/09

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein

2