UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  -against-<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS COMPANIES INC. and BEAR STEARNS & CO. INC.,<br><br>     Defendants,<br><br>  -and-<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P.,<br><br>     Nominal Defendant. | No. 07 Civ. 11633 (AKH)<br><br>ELECTRONICALLY FILED |

**VERIFICATION TO THE**
**SECOND AMENDED VERIFIED DERIVATIVE COMPLAINT**

Jay W. Eisenhofer, Esquire
James J. Sabella, Esquire
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel:  646-722-8500
Fax: 646-722-8501

Mark C. Gardy, Esquire
James S. Notis, Esquire
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
Tel:  201-567-7377
Fax: 201-567-7337

*Attorneys for Plaintiff*

## VERIFICATION

FIC, L.P., by its undersigned authorized representative, hereby verifies that FIC, L.P., is a plaintiff in the within action, has read the foregoing complaint and knows the contents thereof, except as the matters therein stated to be alleged on information and belief, and as to those matters, believes them to be true.

I verify under penalty of perjury that the foregoing is true and correct.

_____
Authorized Representative of FIC, L.P.