USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
FIC, L.P., individually, and on behalf of all others : 
similarly situated, :
: 
  Plaintiff, :
: No. 07 Civ. 11633 (AKH)
  - against - :
: 
BEAR STEARNS ASSET MANAGEMENT INC., : 
RALPH CIOFFI, RAYMOND McGARRIGAL, : Stipulation and Order
MATTHEW TANNIN, BEAR STEARNS :
COMPANIES INC., BEAR STEARNS & CO. INC., :
WALKERS FUND SERVICES LIMITED, SCOTT :
LENNON, and MICHELLE WILSON-CLARKE, :
: 
  Defendants, :
: 
  - and - :
: 
BEAR STEARNS HIGH-GRADE STRUCTURED :
CREDIT STRATEGIES ENHANCED LEVERAGE, :
L.P., :
: 
  Nominal Defendant. :
---------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their undersigned counsel, that the time for Defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), Ralph Cioffi, Matthew Tannin, and Raymond McGarrigal to answer, move, or otherwise respond to the Second Amended Verified Derivative Complaint in this action be extended from December 7, 2009 to February 16, 2010, so that their time will conform to the time that Defendants Walkers Fund Services Limited, Scott Lennon, and Michelle Wilson-Clarke have to answer, move, or otherwise respond to the Second Amended Verified Derivative Complaint. This is the first stipulation adjourning the time for Defendants Bear Stearns Asset Management Inc., The Bear Stearns Companies LLC (f/k/a The

Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), Ralph Cioffi, Matthew Tannin, and Raymond McGarrigal to answer, move, or otherwise respond to the Second Amended Verified Derivative Complaint.

Dated: New York, New York
December 2, 2009

Grant & Eisenhofer P.A.

By: *[signature]*
Jay W. Eisenhofer
James J. Sabella
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500

Mark C. Gardy
James S. Notis
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
(201) 567-7377

*Attorneys for Plaintiff FIC, L.P.*

Kramer Levin Naftalis & Frankel LLP

By: *[signature]*
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), Bear Stearns Asset Management Inc., and JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.)*

Hughes Hubbard & Reed LLP

By:_____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Driscoll & Redlich

By:_____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

-2-

Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), Ralph Cioffi, Matthew Tannin, and Raymond McGarrigal to answer, move, or otherwise respond to the Second Amended Verified Derivative Complaint.

Dated: New York, New York
December 2, 2009

Grant & Eisenhofer P.A.

By: _____
Jay W. Eisenhofer
James J. Sabella
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500

Mark C. Gardy
James S. Notis
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
(201) 567-7377

*Attorneys for Plaintiff FIC, L.P.*

Kramer Levin Naftalis & Frankel LLP

By: _____
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), Bear Stearns Asset Management Inc., and JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.)*

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Driscoll & Redlich

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

Bear Stearns Companies Inc.), JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.), Ralph Cioffi, Matthew Tannin, and Raymond McGarrigal to answer, move, or otherwise respond to the Second Amended Verified Derivative Complaint.

Dated: New York, New York
December 2, 2009

Grant & Eisenhofer P.A.

By: _____
Jay W. Eisenhofer
James J. Sabella
485 Lexington Avenue, 29th Floor
New York, New York 10017
(646) 722-8500

Mark C. Gardy
James S. Notis
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
(201) 567-7377

*Attorneys for Plaintiff FIC, L.P.*

Kramer Levin Naftalis & Frankel LLP

By: _____
Kerri Ann Law
Marjorie E. Sheldon
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

*Attorneys for Defendants The Bear Stearns Companies LLC (f/k/a The Bear Stearns Companies Inc.), Bear Stearns Asset Management Inc., and JPMorgan Securities Inc. (f/k/a Bear, Stearns & Co. Inc.)*

Hughes Hubbard & Reed LLP

By: _____
Marc A. Weinstein
Lisa Cahill
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

*Attorneys for Defendant Ralph Cioffi*

Driscoll & Redlich

By: _____
Catherine L. Redlich
521 Fifth Avenue, Suite 3300
New York, New York 10175
(212) 986-4030

*Attorneys for Defendant Raymond McGarrigal*

- 2 -

Brune & Richard LLP

By: /s/ _____
Nina Beattie
Theresa Trzaskoma
MaryAnn Sung
80 Broad Street
New York, New York 10004
(212) 668-1900

*Attorneys for Defendant Matthew Tannin*

SO ORDERED: 12/3/09

_____
Hon. Alvin K. Hellerstein