# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
80 Park Avenue
36th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

Armonk
Austin
Chicago
Florham Park
New York
Philadelphia
Tallahassee
Washington, DC



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 12/11/09

December 10, 2009

**By Hand Delivery**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

*Conf. is adjourned to Jan. 28, 2010, 10:00 am*
*12-11-09*
*[signature] AKHellerstein*

  *Re:* (i) *Navigator Capital Partners, L.P. v. Bear Stearns Asset Management, et al.,* **07 Civ. 7783 (AKH)**;
    (ii) *FIC, L.P. v. Bear Stearns Asset Management, et al.,* **07 Civ. 11633 (AKH)**;
    (iii) *Varga v. Bear Stearns Asset Management, et al.,* **08 Civ. 3397 (AKH)**;
    (iv) *Stillwater Market Neutral Fund II LP v. Bear Stearns Asset Management Inc., et al.,* **09 Civ. 4223 (AKH)**; *and*
    (v) *Varga v. Deloitte & Touche LLP, et al.,* **09 Civ. 4936 (AKH)**

Dear Judge Hellerstein:

We represent Navigator Capital Partners, L.P., plaintiff in the first captioned action.

Upon consent of all counsel in the above captioned actions, we request that the Court reschedule the case management conference currently set for Tuesday, December 15, 2009 to a control date in January, 2010. The reason for the request is that counsel in these actions are close to finalizing an Amended Stipulation and Protective Order and Stipulation Amending First Discovery Plan, which will coordinate discovery in all five captioned actions.

EC.30946.1

The Honorable Alvin K. Hellerstein
December 10, 2009
Page 2

We expect to present those Stipulations to the Court within a week.

Respectfully yours,

*[signature]*

Arthur V. Nealon

cc: All Counsel (via facsimile and e-mail)

EC.30946.1