UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS COMPANIES INC., BEAR STEARNS & CO. INC., WALKERS FUND SERVICES LIMITED, SCOTT LENNON, and MICHELLE WILSON-CLARKE<br><br>                              Defendants,<br><br>                    and<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P.,<br><br>                              Nominal Defendant. | No. 07 Civ. 11633 (AKH)<br><br>ECF Case<br><br>**RULE 7.1 STATEMENT** |

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Walkers Fund Services Limited ("Walkers FS") certifies that Walkers Global Holdings Limited is Walkers FS's parent corporation and there is no publicly held corporation owning 10% or more of Walkers FS's stock.

Dated:    New York, New York
             February 16, 2010

-2-

        CADWALADER, WICKERSHAM & TAFT LLP

By:    /s/ Martin L. Seidel
       Martin L. Seidel

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
E-mail: martin.seidel@cwt.com
*Attorneys for Defendants Scott Lennon, Michelle Wilson-Clarke, and Walkers Fund Services Limited.*

-2-