UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS COMPANIES INC., BEAR STEARNS & CO. INC., WALKERS FUND SERVICES LIMITED, SCOTT LENNON, and MICHELLE WILSON-CLARKE<br><br>　　　　　　　　　Defendants,<br><br>　　　　　and<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P.,<br><br>　　　　　　　　　Nominal Defendant. | No. 07 Civ. 11633 (AKH)<br><br>ECF Case |

## NOTICE OF APPEARANCE

　　　　　PLEASE TAKE NOTICE that Martin L. Seidel of Cadwalader, Wickersham & Taft LLP, with offices at One World Financial Center, New York, New York 10281, hereby appears as the attorney of record for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke in this action.

Dated:　　New York New York
　　　　　February 16, 2010

-2-

        CADWALADER, WICKERSHAM & TAFT LLP

By   /s/ Martin L. Seidel
      Martin L. Seidel
      One World Financial Center
      New York, New York  10281
      Telephone: (212) 504-6000
      Facsimile: (212) 504-6666
      E-mail: martin.seidel@cwt.com