UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIC, L.P., individually, and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>BEAR STEARNS ASSET MANAGEMENT INC., RALPH CIOFFI, RAYMOND McGARRIGAL, MATTHEW TANNIN, BEAR STEARNS COMPANIES INC., BEAR STEARNS & CO. INC., WALKERS FUND SERVICES LIMITED, SCOTT LENNON, and MICHELLE WILSON-CLARKE<br><br>       Defendants,<br><br>    and<br><br>BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE FUND, L.P.,<br><br>       Nominal Defendant. | No. 07 Civ. 11633 (AKH)<br><br>ECF Case |

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Mollie E. O'Rourke of Cadwalader, Wickersham & Taft LLP, with offices at One World Financial Center, New York, New York 10281, hereby appears as the attorney of record for Defendants Walkers Funds Services Limited, Scott Lennon and Michelle Wilson-Clarke in this action.

Dated: New York New York
     February 16, 2010

-2-

                    CADWALADER, WICKERSHAM & TAFT LLP

By   /s/ Mollie E. O'Rourke
       Mollie E. O'Rourke
       One World Financial Center
       New York, New York  10281
       Telephone: (212) 504-6000
       Facsimile: (212) 504-6666
       E-mail: mollie.orourke@cwt.com