AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

FIC, L.P.

v.

BEAR STEARNS ASSET MANAGEMENT, INC., ET AL.

**APPEARANCE**

Case Number: 07-CV-11633-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Matthew Tannin

I certify that I am admitted to practice in this court.

6/21/2010
Date

_/s/ Kendra Melrose_
Signature

Kendra Melrose  (KM-4182)
Print Name                     Bar Number

BRUNE & RICHARD LLP - 80 Broad Street
Address

New York         NY          10004
City             State       Zip Code

(212) 668-1900              (212) 668-0315
Phone Number                Fax Number