ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO:        PLEASE SEE ATTACHED FAX COVER

FROM:    Brigitte Jones, Courtroom Deputy            Date: 6/28/2010
         by Order of Judge Alvin K. Hellerstein

RE: Stillwater Capital Partners, L.P. v. Bear Stearns Asset Management, Inc. - 09 Civ. 4223, 08 Civ. 3397, 07 Civ. 7783, 11633 & 09 Civ. 4963 (AKH)

   You are hereby notified that you are required to appear for an oral argument.

         Date:  September 14, 2010
         Time:  4:00 p.m.

         Place: U.S. Courthouse - Southern District of New York
                500 Pearl Street
                Courtroom 14D
                New York, New York 10007

   It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

NOTE:

*[signature]*
6-28-10